FILED: June 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4483

(3:13-cr-00059-GMG-JES-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RAHANEED OMAR GORDON, a/k/a Rider

      Defendant - Appellant

_____

O R D E R

_____

      The court appoints the Federal Defender for the Northern District of West Virginia to represent appellant on appeal.

      The enclosed notice to new counsel provides counsel with additional information relevant to the appointment.

      Former counsel shall immediately provide new counsel with all case papers, including any prepared transcripts, and information of relevance to the representation.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk